IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA CARMEN LOZANO, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-cv-01773 |
| | § | |
| KROGER TEXAS L.P. | § | |
| Defendant. | § | |

### DEFENDANT'S DEMAND FOR JURY TRIAL

COMES NOW Defendant Kroger Texas, L.P. ("Defendant"), filing this Demand for Jury Trial, in accordance with Federal Rule of Civil Procedure 38(b). Defendant hereby requests a trial by jury on all triable issues that are presented in this case.

Respectfully submitted,

/s/ Michael W. Stumbaugh

**B. Kyle Briscoe**
Attorney-in-charge
State Bar No. 24069421
kbriscoe@peavlerbriscoe.com
**Michael W. Stumbaugh**
State Bar No. 24041987
mstumbaugh@peavlerbriscoe.com
**PEAVLER|BRISCOE**
2215 Westgate Plaza
Grapevine, Texas 76051
214-999-0550 (telephone)
214-999-0551 (fax)

**ATTORNEYS FOR DEFENDANT**

- 1 -

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to and in accordance with the Federal Rules of Civil Procedure on August 31, 2022.

                                   /s/ Michael W. Stumbaugh
                                   **Michael W. Stumbaugh**